# EXHIBIT A

POLICY NUMBER: 03-W020-01-14

CRIME AND FIDELITY
CR DS 01 08 07

# CRIME AND FIDELITY COVERAGE
# PART DECLARATIONS
# (COMMERCIAL ENTITIES)

The Crime And Fidelity Coverage Part (Commercial Entities) consists of this Declarations Form and the Commercial Crime Coverage Form.

**Coverage Is Written:**

☒ **Primary**    ☐ **Excess**    ☐ **Coindemnity**    ☐ **Concurrent**

| Employee Benefit Plan(s) Included As Insureds: |
| --- |
|  |

| Insuring Agreements | Limit Of Insurance Per Occurrence | Deductible Amount Per Occurrence |
| --- | --- | --- |
| 1. Employee Theft | $50,000 | $1,000 |
| 2. Forgery Or Alteration | Not Covered | |
| 3. Inside The Premises - Theft Of Money And Securities | Not Covered | |
| 4. Inside The Premises - Robbery Or Safe Burglary Of Other Property | Not Covered | |
| 5. Outside The Premises | Not Covered | |
| 6. Computer Fraud | Not Covered | |
| 7. Funds Transfer Fraud | Not Covered | |
| 8. Money Orders And Counterfeit Money | Not Covered | |

If "Not Covered" is inserted above opposite any specified Insuring Agreement, such Insuring Agreement and any other reference thereto in this policy is deleted.

| If Added By Endorsement: | | |
| --- | --- | --- |
| Insuring Agreement(s) | Limit Of Insurance Per Occurrence | Deductible Amount Per Occurrence |
|  |  |  |

**Endorsements Forming Part Of This Coverage Part When Issued:**
See Schedule of Forms and Endorsements



EXHIBIT
A

**Cancellation Of Prior Insurance Issued By Us:**

By acceptance of this Coverage Part you give us notice cancelling prior policy Nos.
                    ; the cancellation to be effective at the time this Coverage Part becomes effective.

### Countersignature Of Authorized Representative

**Name:**

**Title:**

**Signature:**

**Date:**

POLICY NUMBER: 03-W020-01-16

**CRIME AND FIDELITY**
**CR DS 01 08 13**

# CRIME AND FIDELITY COVERAGE
# PART DECLARATIONS
# (COMMERCIAL ENTITIES)

The Crime And Fidelity Coverage Part (Commercial Entities) consists of this Declarations Form and the Commercial Crime Coverage Form.

**Coverage Is Written:**

☒ **Primary**     ☐ **Excess**     ☐ **Coindemnity**     ☐ **Concurrent**

| Employee Benefit Plan(s) Included As Insureds: |
|---|
| |

| | Insuring Agreements | Limit Of Insurance Per Occurrence | Deductible Amount Per Occurrence |
|---|---|---|---|
| 1. | **Employee Theft** | $50,000 | $1,000 |
| 2. | **Forgery Or Alteration** | Not Covered | |
| 3. | **Inside The Premises - Theft Of Money And Securities** | Not Covered | |
| 4. | **Inside The Premises - Robbery Or Safe Burglary Of Other Property** | Not Covered | |
| 5. | **Outside The Premises** | Not Covered | |
| 6. | **Computer And Funds Transfer Fraud** | Not Covered | |
| 7. | **Money Orders And Counterfeit Money** | Not Covered | |

If "Not Covered" is inserted above opposite any specified Insuring Agreement, such Insuring Agreement and any other reference thereto in this Policy are deleted.

| If Added By Endorsement: | | |
|---|---|---|
| Insuring Agreement(s) | Limit Of Insurance Per Occurrence | Deductible Amount Per Occurrence |
| | | |

| Endorsements Forming Part Of This Coverage Part When Issued: |
|---|
| See Schedule of Forms and Endorsements |

   © Insurance Services Office, Inc., 2012

| Cancellation Of Prior Insurance Issued By Us: |
|---|
| By acceptance of this Coverage Part you give us notice cancelling prior policy Numbers<br>                    ; the cancellation to be effective at the time this Coverage Part becomes effective. |

| Countersignature Of Authorized Representative |
|---|
| Name: |
| Title: |
| Signature: |
| Date: |

POLICY NUMBER: 03-W020-01-18

CRIME AND FIDELITY
CR DS 01 08 13

# CRIME AND FIDELITY COVERAGE PART DECLARATIONS (COMMERCIAL ENTITIES)

The Crime And Fidelity Coverage Part (Commercial Entities) consists of this Declarations Form and the Commercial Crime Coverage Form.

**Coverage Is Written:**

☒ Primary          ☐ Excess          ☐ Coindemnity          ☐ Concurrent

| Employee Benefit Plan(s) Included As Insureds: |
|---|
|  |

| Insuring Agreements | Limit Of Insurance Per Occurrence | Deductible Amount Per Occurrence |
|---|---|---|
| 1. Employee Theft | $50,000 | $1,000 |
| 2. Forgery Or Alteration | Not Covered | |
| 3. Inside The Premises - Theft Of Money And Securities | Not Covered | |
| 4. Inside The Premises - Robbery Or Safe Burglary Of Other Property | Not Covered | |
| 5. Outside The Premises | Not Covered | |
| 6. Computer And Funds Transfer Fraud | Not Covered | |
| 7. Money Orders And Counterfeit Money | Not Covered | |

If "Not Covered" is inserted above opposite any specified Insuring Agreement, such Insuring Agreement and any other reference thereto in this Policy are deleted.

| If Added By Endorsement: | | |
|---|---|---|
| Insuring Agreement(s) | Limit Of Insurance Per Occurrence | Deductible Amount Per Occurrence |
|  |  |  |

| Endorsements Forming Part Of This Coverage Part When Issued: |
|---|
| See Schedule of Forms and Endorsements |

| Cancellation Of Prior Insurance Issued By Us: |
|---|
| By acceptance of this Coverage Part you give us notice cancelling prior policy Numbers<br>                ; the cancellation to be effective at the time this Coverage Part becomes effective. |

| Countersignature Of Authorized Representative |
|---|
| Name: |
| Title: |
| Signature: |
| Date: |

POLICY NUMBER: 03-W020-01-19

CRIME AND FIDELITY
CR DS 01 08 13

# CRIME AND FIDELITY COVERAGE
# PART DECLARATIONS
# (COMMERCIAL ENTITIES)

The Crime And Fidelity Coverage Part (Commercial Entities) consists of this Declarations Form and the Commercial Crime Coverage Form.

**Coverage Is Written:**

☒ **Primary**　　☐ **Excess**　　☐ **Coindemnity**　　☐ **Concurrent**

| Employee Benefit Plan(s) Included As Insureds: |
|---|
| |

| Insuring Agreements | Limit Of Insurance Per Occurrence | Deductible Amount Per Occurrence |
|---|---|---|
| 1. **Employee Theft** | $50,000 | $1,000 |
| 2. **Forgery Or Alteration** | Not Covered | |
| 3. **Inside The Premises - Theft Of Money And Securities** | Not Covered | |
| 4. **Inside The Premises - Robbery Or Safe Burglary Of Other Property** | Not Covered | |
| 5. **Outside The Premises** | Not Covered | |
| 6. **Computer And Funds Transfer Fraud** | Not Covered | |
| 7. **Money Orders And Counterfeit Money** | Not Covered | |
| If "Not Covered" is inserted above opposite any specified Insuring Agreement, such Insuring Agreement and any other reference thereto in this Policy are deleted. | | |

| If Added By Endorsement: | | |
|---|---|---|
| Insuring Agreement(s) | Limit Of Insurance Per Occurrence | Deductible Amount Per Occurrence |
| | | |
| **Endorsements Forming Part Of This Coverage Part When Issued:** | | |
| See Schedule of Forms and Endorsements | | |

| **Cancellation Of Prior Insurance Issued By Us:** |
|---|
| By acceptance of this Coverage Part you give us notice cancelling prior policy Numbers |
| ; the cancellation to be effective at the time this Coverage Part becomes effective. |

| **Countersignature Of Authorized Representative** |
|---|
| Name: |
| Title: |
| Signature: |
| Date: |

POLICY NUMBER: 03-W020-01-20

**CRIME AND FIDELITY**
**CR DS 01 08 13**

# CRIME AND FIDELITY COVERAGE
# PART DECLARATIONS
# (COMMERCIAL ENTITIES)

The Crime And Fidelity Coverage Part (Commercial Entities) consists of this Declarations Form and the Commercial Crime Coverage Form.

**Coverage Is Written:**

☒ **Primary**        ☐ **Excess**        ☐ **Coindemnity**        ☐ **Concurrent**

| Employee Benefit Plan(s) Included As Insureds: |
|---|
|  |

| | Insuring Agreements | Limit Of Insurance Per Occurrence | Deductible Amount Per Occurrence |
|---|---|---|---|
| 1. | Employee Theft | $50,000 | $1,000 |
| 2. | Forgery Or Alteration | Not Covered | |
| 3. | Inside The Premises - Theft Of Money And Securities | Not Covered | |
| 4. | Inside The Premises - Robbery Or Safe Burglary Of Other Property | Not Covered | |
| 5. | Outside The Premises | Not Covered | |
| 6. | Computer And Funds Transfer Fraud | Not Covered | |
| 7. | Money Orders And Counterfeit Money | Not Covered | |

If "Not Covered" is inserted above opposite any specified Insuring Agreement, such Insuring Agreement and any other reference thereto in this Policy are deleted.

| If Added By Endorsement: | | |
|---|---|---|
| Insuring Agreement(s) | Limit Of Insurance Per Occurrence | Deductible Amount Per Occurrence |
|  |  |  |

| Endorsements Forming Part Of This Coverage Part When Issued: |
|---|
| See Schedule of Forms and Endorsements |

| Cancellation Of Prior Insurance Issued By Us: |
|---|
| By acceptance of this Coverage Part you give us notice cancelling prior policy Numbers |
|          ; the cancellation to be effective at the time this Coverage Part becomes effective. |

| Countersignature Of Authorized Representative |
|---|
| **Name:** |
| **Title:** |
| **Signature:** |
| **Date:** |

POLICY NUMBER: 03-W020-01-21

**CRIME AND FIDELITY**
**CR DS 01 08 13**

# CRIME AND FIDELITY COVERAGE
## PART DECLARATIONS
## (COMMERCIAL ENTITIES)

The Crime And Fidelity Coverage Part (Commercial Entities) consists of this Declarations Form and the Commercial Crime Coverage Form.

**Coverage Is Written:**

☒ **Primary**      ☐ **Excess**      ☐ **Coindemnity**      ☐ **Concurrent**

| Employee Benefit Plan(s) Included As Insureds: |
|---|
| |

| | Insuring Agreements | Limit Of Insurance Per Occurrence | Deductible Amount Per Occurrence |
|---|---|---|---|
| 1. | Employee Theft | $50,000 | $1,000 |
| 2. | Forgery Or Alteration | Not Covered | |
| 3. | Inside The Premises - Theft Of Money And Securities | Not Covered | |
| 4. | Inside The Premises - Robbery Or Safe Burglary Of Other Property | Not Covered | |
| 5. | Outside The Premises | Not Covered | |
| 6. | Computer And Funds Transfer Fraud | Not Covered | |
| 7. | Money Orders And Counterfeit Money | Not Covered | |

If "Not Covered" is inserted above opposite any specified Insuring Agreement, such Insuring Agreement and any other reference thereto in this Policy are deleted.

| If Added By Endorsement: | | |
|---|---|---|
| Insuring Agreement(s) | Limit Of Insurance Per Occurrence | Deductible Amount Per Occurrence |
| | | |

**Endorsements Forming Part Of This Coverage Part When Issued:**
See Schedule of Forms and Endorsements

| Cancellation Of Prior Insurance Issued By Us: |
| By acceptance of this Coverage Part you give us notice cancelling prior policy Numbers ; the cancellation to be effective at the time this Coverage Part becomes effective. |

| Countersignature Of Authorized Representative |
| Name: |
| Title: |
| Signature: |
| Date: |

© Insurance Services Office, Inc.,  2012                    CR DS 01 08 13   ☐

POLICY NUMBER: 03-W020-01-22

**CRIME AND FIDELITY**
**CR DS 01 06 22**

# CRIME AND FIDELITY COVERAGE PART DECLARATIONS (COMMERCIAL ENTITIES)

The Crime And Fidelity Coverage Part (Commercial Entities) consists of this Declarations form and the Commercial Crime Coverage Form.

**Named Insured:**

As Per Named Insured Extension Schedule

Coverage is provided only if an amount is shown opposite an Insuring Agreement. If the amount is left blank or "Not Covered" is inserted, such Insuring Agreement and any other reference thereto in this Coverage Part will be deemed to be deleted therefrom.

| Insuring Agreements | | | Limit Of Insurance Per Occurrence | Deductible Amount Per Occurrence |
|---|---|---|---|---|
| 1. | Fidelity | | | |
| | a. | Employee Theft | $50,000 | $1,000 |
| | b. | ERISA Plan Official Dishonesty | Not Covered | N/A |
| | c. | Employee Theft Of Clients' Property | Not Covered | |
| 2. | Forgery Or Alteration | | | |
| | a. | Forgery Of Negotiable Instruments | Not Covered | |
| | b. | Forgery Of Payment Card Instruments | Not Covered | N/A |
| 3. | Inside The Premises – Theft Of Money And Securities | | Not Covered | |
| 4. | Inside The Premises – Robbery Or Safe Burglary Of Other Property | | Not Covered | |
| 5. | Outside The Premises | | Not Covered | |
| 6. | Computer And Funds Transfer Fraud | | Not Covered | |
| 7. | Fraudulent Impersonation | | Not Covered | |
| 8. | Money Orders And Counterfeit Money | | Not Covered | |

**If Added By Endorsement:**

| Insuring Agreement(s) Or Coverage(s) | Limit Of Insurance Per Occurrence | Deductible Amount Per Occurrence |
|---|---|---|
| | | |
| | | |

| | |
|---|---|
| **Percentage Of Deductible Amount Over Which Losses Must Be Reported:** | |
| **Percentage Of Total Assets Applicable To Subsidiary Acquisitions:** | |

## SCHEDULE - Insuring Agreement Added By Endorsement

| |
|---|
| **Endorsements Forming Part Of This Coverage Part When Issued:** |
| See Schedule of Forms and Endorsements |

| |
|---|
| **Cancellation Of Prior Insurance Issued By Us:** |
| **By acceptance of this Coverage Part, you give us notice cancelling prior Policy Numbers , the cancellation to be effective at the time this Coverage Part becomes effective.** |

© Insurance Services Office, Inc., 2021                **CR DS 01 06 22**