IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| WHITE RIVER HARDWOODS-WOODWORKS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) CIVIL ACTION NO: 5:24-cv-05054-PKH ) ) ) ) ) ) |

**DEFENDANT PENNSYLVANIA LUMBERMENS MUTUAL
INSURANCE COMPANY'S MOTION TO DISMISS**

Defendant Pennsylvania Lumbermens Mutual Insurance Company ("PLM" or "Defendant") respectfully submits this Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure seeking dismissal of the Complaint [Doc. 2] filed by Plaintiff White River Hardwoods-Woodworks, Inc. ("Plaintiff") in the above-captioned matter, and all claims and causes of action asserted therein.

For the reasons set forth more fully in the accompanying Brief in Support, Plaintiff's request for a declaration that PLM owes Plaintiff additional amounts under the subject insurance policies must be dismissed.

**WHEREFORE,** Pennsylvania Lumbermens Mutual Insurance Company respectfully requests that this Honorable Court grant its Motion to Dismiss.

**RESPECTFULLY SUBMITTED**, this the 10th day of June, 2024.

                                                    */s/ Kenneth W. Boyles, Jr.*
                                                    Kenneth W. Boyles, Jr.
                                                    PHELPS DUNBAR LLP
                                                    2025 3rd Avenue North

Suite 1000  
Birmingham, Alabama 35203  
T: (205) 716-5200  
F: (205) 716-5389  
Email: kenneth.boyles@phelps.com

*Attorney for Defendant Pennsylvania Lumbermens Mutual Insurance Company*

2

**CERTIFICATE OF SERVICE**

This will certify that the undersigned has this day filed the above and foregoing document with the Clerk of this Court using the CM/ECF filing system which will send notification of same to all counsel of record.

DATED, this the 10th day of June, 2024.

*/s/ Kenneth W. Boyles, Jr.*
Kenneth W. Boyles, Jr.
