# SCHEDULE OF FORMS AND ENDORSEMENTS

| POLICY NUMBER: | EFFECTIVE DATE: |
|---|---|
| 03-W020-01-19 | 07/01/2019 |

**NUMBER**          **TITLE**

### GENERAL LIABILITY

```
LUM-150 (01-08)    Notice to Policyholders
LUM-151 (01-08)    Notice to Policyholders
CG 00 01 (04-13)   Commercial General Liability Coverage Form
CG 01 42 (07-11)   Arkansas Changes
CG 01 43 (07-11)   Arkansas Changes
LUM-145 (02-06)    Broad Form Additional Insured
CG 20 28 (04-13)   Additional Insured - Lessor Of Leased Equipment
CG 21 06 (05-14)   Exclusion - Access Or Disclosure Of Confidential Or Personal
                   Information And Data-Related Liability - With Limited Bodily Injury
                   Exception
CG 21 09 (06-15)   Exclusion - Unmanned Aircraft
CG 21 45 (07-98)   Exclusion - Damage To Premises Rented To You
CG 21 47 (12-07)   Employment-Related Practices Exclusion
CG 21 55 (09-99)   Total Pollution Exclusion With A Hostile Fire Exception
CG 21 67 (12-04)   Fungi or Bacteria Exclusion
CG 21 75 (01-15)   Exclusion of Certified Acts of Terrorism and Exclusion Of Other Acts
                   of Terrorism Committed Outside The United States
CG 21 86 (12-04)   Exclusion - Exterior Insulation and Finish Systems
CG 21 96 (03-05)   Silica Or Silica-Related Dust Exclusion
LUM-123 (02-01)    Asbestos Exclusion
CG 26 08 (04-90)   Arkansas Changes - Multi-Year Policies
GU207 06-78        CROSS SUITS LIABILITY EXCLUSION
EB-6 (10-82)       Employee Benefit Programs Liability Endorsement
```

### INLAND MARINE

```
CM DS 02 (09-00)   Commercial Inland Marine Declarations
IM 755 (02-10)     Bridging Endorsement
CM 00 01 (09-04)   Commercial Inland Marine Conditions
LUM-148 (02-08)    Annual Transportation Floater Plus
LUM-158 (10-08)    Contractors' Equipment Coverage Form
GU207 06-78        CONTRACTORS EQUIPMENT LOSS PAYEE
```

### CRIME

```
CR DS 01 (08-13)   Crime And Fidelity Coverage Part Declarations (Commercial Entities)
CR 00 21 (11-15)   Commercial Crime Coverage Form (Loss Sustained Form)
```