IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| WHITE RIVER HARDWOODS-WOODWORKS, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIVIL ACTION NO: 5:24-cv-05054-SOH |
| PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

**AGREED MOTION TO SUSPEND RULE 26(f)
DEADLINES IN THE INITIAL SCHEDULING ORDER**

COME NOW, the undersigned counsel for the Parties and file this Agreed Motion to Suspend Rule 26(f) Deadlines in the Initial Scheduling Order ("Motion") stating as follows:

1. Plaintiff filed a Complaint against Defendant on March 6, 2024. (Dkt. 2). Thereafter, Defendant moved to dismiss the Complaint. (Dkt. 7-8).

2. On June 11, 2024, the Court entered its Initial Scheduling Order that set the deadlines for both the Rule 26(f) Conference and the subsequent Rule 26(f) Report. (Dkt. 9).

3. The Parties met and conferred in good faith via email on July 18, 2024, regarding the Rule 26(f) Conference and Report deadlines and mutually agreed to file this Motion.

4. Specifically, the Parties mutually request that the Rule 26(f) deadlines contained in the Initial Scheduling Order be suspended during the pendency of Defendant's Motion to Dismiss proceedings.

5. The Parties affirmatively state that their request is not made for purposes of delay but in the interest of justice, and to allow sufficient time to properly engage in the Rule 26(f)

process without the shadow of the pending Motion to Dismiss. Thus, good cause exists for this Motion.

6. At this time, the requested extension will not affect any of the other dates set in the case. However, in an abundance of caution, the Parties reserve the right to request that the trial setting also be moved.

WHEREFORE, the Parties respectfully request that the Court suspend the Rule 26(f) deadlines in the Initial Scheduling Order during the pendency of Defendant's Motion to Dismiss proceedings.

Dated: July 18, 2024.                                      Respectfully submitted,

/s/ Emily A. Neal
Emily A. Neal, Ark. Bar No. 2003087
Conner Eldridge, Ark. Bar No. 2003155
ELDRIDGE BROOKS, PLLC
5100 West JB Hunt Drive, Suite 840
Rogers, AR 72758
(479) 553-7678 telephone
(479) 553-7553 facsimile
conner@eldridgebrooks.com
emily@eldridgebrooks.com

*Attorneys for Plaintiff White River Hardwoods-Woodworks, Inc.*

/s/ Kenneth W. Boyles, Jr.
Kenneth W. Boyles, Jr.
PHELPS DUNBAR LLP
2025 3rd Avenue North, Suite 1000
Birmingham, Alabama 35203
T: (205) 716-5200
F: (205) 716-5389
kenneth.boyles@phelps.com

*Attorney for Defendant Pennsylvania Lumbermens Mutual Insurance Company*

**CERTIFICATE OF SERVICE**

This will certify that on July 18, 2024, the undersigned filed the above and foregoing document with the Clerk of this Court using the CM/ECF filing system which will send notification of same to all counsel of record.

Dated: July 18, 2024.

*/s/ Kenneth W. Boyles, Jr.*
Kenneth W. Boyles, Jr.
