IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| WHITE RIVER HARDWOODS-WOODWORKS, INC. | | PLAINTIFF |
| v. | Case No. 5:24-cv-5054 | |
| PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY | | DEFENDANT |

**ORDER**

Before the Court is the parties' Joint Motion to Suspend Rule 26(f) Deadlines. ECF No. 16. The parties state that the Initial Scheduling Order (ECF No. 9) required the parties to conduct their Rule 26(f) meeting and submit their meeting report by July 18, 2024. In light of Defendant's Motion to Dismiss (ECF No. 7), the parties request that the prior deadlines for conducting their Rule 26(f) meeting be suspended until the Court rules on the pending motion to dismiss.

Upon review, the Court finds that good cause for the instant motion has been shown. Accordingly, the parties' Joint Motion to Suspend Rule 26(f) Deadlines (ECF No. 16) is hereby **GRANTED**. If the Court denies the pending Motion to Dismiss (ECF No. 7), a new Initial Scheduling Order will be issued by the Court. All deadlines in the Initial Scheduling Order (ECF No. 9), including the trial date, are hereby **lifted**.

**IT IS SO ORDERED**, this 23rd day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge